**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):   Center for Biological Diversity , ; | **Defendant**(s): United States Environmental Protection Agency , ; |
| County of Residence: Pima | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Pima | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Ryan Adair Shannon ,**<br>Center for Biological Diversity<br>P.O. Box 11374<br>Portland, OR  97211<br>(971) 717-6407 | , |
| **Jeremiah Scanlan ,**<br>Center for Biological Diversity<br>P.O. Box 11374<br>Portland, OR  07211<br>(971) 717-6400 | , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | **1. U.S. Government Plaintiff** |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| <u>IV. Origin</u> : | **1. Original Proceeding** |
| <u>V. Nature of Suit</u>: | **895 Freedom of Information Act** |
| <u>VI.Cause of Action</u>: | **5 USC 552; Failure to Perform an Adequate Records Search, Failure to Provide Timely Determination, Failure to Disclose Records** |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | **No** |
| Dollar Demand: | |
| Jury Demand: | **No** |

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>Ryan Adair Shannon</u>

**Date:** <u>June 24, 2025</u>

<span style="color:red">If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.</span>

Revised: 01/2014