AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Center for Biological Diversity

*Plaintiff(s)*

v.

United States Environmental Protection Agency

*Defendant(s)*

Civil Action No. 4:25-cv-00341-RM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460-0001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan Shannon
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6407
Email: rshannon@biologicaldiversity.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature*

**ISSUED ON 11:17 am, Jun 25, 2025**

**s/ Debra D. Lucas, Clerk**