Ryan Maher (D.D.C. Bar No. 1620024)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
Phone: (781) 325-6303
rmaher@biologicaldiversity.org
*Pro Hac Vice*

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>  Plaintiff,<br><br>  v.<br><br>United States Environmental Protection Agency,<br><br>  Defendant. | Civil Action No.<br>4:25-cv-00341-TUC-RM<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Pursuant to LRCiv 83.3(b)(4), undersigned counsel, Attorney Ryan Maher, hereby files a notice of substitution for Attorney Jeremiah Scanlan as lead counsel for Plaintiff Center for Biological Diversity ("Center") in the above-captioned matter. Jeremiah Scanlan will no longer be representing the Center in this case. Because this is a change of counsel in the same law firm—the Center—no application or formal written order is required from the Court under LRCiv 83.3(b). Attorney Ryan Shannon will remain counsel of record.

Per LRCiv 83.3(b)(4), the current address of the attorney substituting in as lead counsel, Mr. Maher, is:

Page 1

Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005

Mr. Maher's current email address is rmaher@biologicaldiversity.org.

    Respectfully submitted,

    */s/ Ryan Maher*

    Ryan Maher
    (D.D.C. Bar No. 1620024)
    Center for Biological Diversity
    1411 K Street, NW, Suite 1300
    Washington, DC 20005
    Phone: (781) 325-6303
    rmaher@biologicaldiversity.org
    *Pro Hac Vice*

    *Attorney for Plaintiff*

DATED: August 14, 2025