TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MICHAEL L. LINTON
Assistant U.S. Attorney
Arizona State Bar No. 024729
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Michael.Linton@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. Environmental Protection Agency,<br><br>        Defendant. | CV-25-00341-TUC-RM<br><br>**JOINT CASE MANAGEMENT REPORT** |

The parties, by and through undersigned counsel, hereby submit their Joint Case Management Report as follows:

Proposed deadlines for:

    **a. Initial disclosures:** Not expected at this time.

    **b. Addition of parties or amending pleadings:** Not expected at this time.

    **c. Disclosure of expert testimony and rebuttal expert testimony:** Not expected at this time.

    **d. Completion of discovery:**

    To date, no discovery has been taken by any party. The parties agree that discovery should be stayed pending Defendant United States Environmental Protection Agency's filing of its motion for summary judgment and supporting *Vaughn* declaration or indices. Plaintiff Center

|   |   |
|---|---|
| 1 | for Biological Diversity reserves the right to seek discovery pursuant |
| 2 | Federal Rule of Civil Procedure 56(f) after the government files its |
| 3 | motion for summary judgment and supporting *Vaughn* declarations or |
| 4 | indices. Defendant contends that discovery is generally not appropriate |
| 5 | in FOIA actions. *See Lane v. Dep't of Interior*, 523 F.3d 1128, 1134 (9th |
| 6 | Cir. 2008) (stating that in FOIA "cases courts may allow the government |
| 7 | to move for summary judgment before the plaintiff conducts |
| 8 | discovery"); *see also Minier v. Central Intelligence Agency*, 88 F.3d 796, |
| 9 | 803 (9th Cir. 1996) (noting that discovery does not apply); *Hardy v. U.S.* |
| 10 | *Dept. of Defense*, No. CV–99–523–TUC–FRZ, 2001 WL 34354945, *4 |
| 11 | ("Discovery is to be sparingly granted in FOIA actions") (quoting *Public* |
| 12 | *Citizen Health Research Group v. FDA*, 997 F. Supp. 56, 72 (D. D.C. |
| 13 | 1998) ("*Public Citizen*"), aff'd in part and rev'd in part on other grounds, |
| 14 | 185 F.3d 898 (D.C. Cir. 1999)). Defendant further contends that |
| 15 | discovery is permitted only if and when the agency's "affidavits create |
| 16 | genuine issues as to the thoroughness of the government search for |
| 17 | documents" or whether a disclosure exemption applies. *Western Ctr for* |
| 18 | *Journalism v. Internal Revenue Service*, 116 F. Supp. 2d 1, 8 (D. D.C. |
| 19 | 2000) (quoting *Weisberg v. Dept. of Justice*, 705 F.2d 1344 (D.C. Cir. |
| 20 | 1983)); |

21       **e. Filing dispositive motions:**

Summary judgment is how nearly all FOIA cases are resolved. *See Lane*, 523 F.3d at 1134 (9th Cir. 2008). This is because the cases involve the legal question of applying FOIA's disclosure exemptions to particular records. *Id*. It is the agency's burden to justify its actions with respect to a plaintiff's request, which is done by affidavit. *See* 5 U.S.C. § 552(a)(4)(B) (allowing the use of affidavits); *Lane*, 523 F.3d at 1135-36 (discussing the use of affidavits).

Parties agreed that this matter will likely be resolved at summary judgment. However, because EPA is still in the process of responding to Plaintiff's request, and because the parties may be able to resolve the matter without briefing, it is premature to set the schedule at this time. The parties have met and conferred regarding EPA's planned schedule for completion of its response to Plaintiff's request, and Plaintiff has indicated EPA's proposed schedule is acceptable at this time.

 **f. Filing joint settlement status reports:** The parties agree to file joint status reports every 60 days regarding the status of the case.

 **g. Filing joint proposed pretrial order**: Not applicable at this time because parties anticipate this case will likely be resolved through summary judgment motions.

RESPECTFULLY SUBMITTED this 25th day of August 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Michael L. Linton*
MICHAEL L. LINTON
Assistant U.S. Attorney
*Attorney for Defendant*

CENTER FOR BIOLOGICAL DIVERSITY

*s/Jeremiah Scanlan*
JEREMIAH SCANLAN
RYAN SHANNON
RYAN MAHER
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following:

Jermiah Scanlan
Ryan Adair Shannon
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Email: jscanlan@gbiologicaldiversity.org
rshannon@biologicaldiversity.org
*Attorneys for Plaintiff*

Ryan Maher
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Email: rmaher@biologicaldiversity.org
*Attorney for Plaintiff*

*s/ L. Startup*
*Joint Case Mgmt. Plan*