IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Environmental Protection Agency,<br><br>Defendant. | CV-25-00341-TUC-RM<br><br>**ORDER** |

The parties' Joint Case Management Report is before the Court, the record herein, and for good cause appearing,

**IT IS ORDERED**, that the parties' joint proposal is hereby ADOPTED, and that the parties shall file a Status Report no later than October 24, 2025.

1