TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 012700
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Environmental Protection Agency,<br><br>Defendant. | CV-25-00341-TUC-RM<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE U.S. ATTORNEY'S OFFICE** |

NOTICE IS HEREBY PROVIDED that Assistant United States Attorney Denise Ann Faulk, whose contact information is above, is substituted for Assistant United States Attorney Michael L. Linton as counsel of record for Defendant U.S. Environmental Protection Agency.

RESPECTFULLY SUBMITTED:  August 29, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney
Attorney for Defendant

1