IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States Environmental Protection Agency,<br><br>　　　　　Defendant. | No. CV-25-00341-TUC-RM<br><br>**ORDER** |

    Pending before the Court is the parties' Joint Case Management Report ("the Report"). (Doc. 12.) Pursuant to Local Rule of Civil Procedure ("LRCiv") 16.2(b)(1)(A)(i), the Clerk of the Court has assigned this case to the expedited track. Under LRCiv 16.2(b)(1)(B), the Court may set deadlines for managing this case without holding a scheduling conference. In an Order dated July 10, 2025, the Court ordered the parties to file a joint proposed scheduling order outlining proposed case management deadlines, including deadlines for filing dispositive motions. (Doc. 6.)

    In the Report, the parties agree that discovery should be stayed pending Defendant's filing of a summary judgment motion, and they aver that it is premature to set a schedule for filing dispositive motions, because Defendant is still in the process of responding to the Freedom of Information Act ("FOIA") request forming the basis of this action and the parties may yet resolve this claim without briefing the Court. (Doc. 12 at 3.)

    While the Court understands that Defendant's response to the FOIA request may allow this action to be resolved without Court involvement, setting case management

deadlines is essential to the efficient management of the Court's caseload. Moreover, the parties aver that Defendant has a planned schedule for completion of its response to the FOIA request. (*Id.*) Therefore, the Court finds that it is not premature to set deadlines for filing dispositive motions in this case.

Accordingly,

**IT IS ORDERED** that all discovery—including the parties' initial disclosures—is stayed unless Plaintiff shows cause why discovery is necessary to respond to Defendant's motion for summary judgment.

**IT IS FURTHER ORDERED** that within **thirty (30)** days, the parties shall file a joint proposed scheduling order setting forth proposed deadlines for filing dispositive motions. Any motion requesting an extension of time in which to file the joint proposed scheduling order must show good cause why the extension should be granted and state the number of additional days requested.

**IT IS FURTHER ORDERED** that the parties shall file a joint settlement status report on **October 29, 2025**, and every **sixty (60)** days thereafter.

Dated this 29th day of August, 2025.

_____
Honorable Rosemary Márquez
United States District Judge