RYAN MAHER
RYAN ADAIR SHANNON
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
Phone: 781-325-6303
Email: rmaher@biologicaldiversity.org
*Attorneys for Plaintiff*

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Phone: 520-620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States Environmental Protection Agency,<br><br>　　　　Defendant. | No. CV-25-00341-TUC-RM<br>_____<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Pursuant to the Court's August 29, 2025, and October 17, 2025 Orders, Docs. 14 and 16, the parties, by and through undersigned counsel, hereby submit their Joint Settlement Status Report.

1.  In reviewing the parties' joint proposed scheduling order, Doc. 12, the Court ordered the parties to file a joint settlement status report on October 29, 2025, and every sixty days thereafter. Doc. 14.

2.  On October 17, 2025, the Court denied Defendant's Motion for a Stay of Case in Light of Lapse of Appropriations, Doc. 15; reset the deadline for a joint proposed scheduling order setting forth proposed deadlines for filing dispositive motions; and further ordered that all other provisions of the Court's August 29, 2025 Order remain in full force and effect, which includes the October 29, 2025 joint settlement status report deadline. Doc. 16.

3.  As represented in the parties' joint proposed scheduling order, prior to the lapse of federal appropriations, including appropriations for the Department of Justice and the U.S. Environmental Protection Agency (EPA), the parties met and conferred regarding EPA's planned schedule for completion of its response to Plaintiff's Freedom of Information Act (FOIA) request, and Plaintiff indicated that EPA's proposed schedule was acceptable at that time. Doc. 12 at 3. However, due to the lapse of appropriations, EPA's FOIA production responding to Plaintiff's request is stalled.

4.  The parties have not yet engaged in settlement discussions. The parties intend to do so once Congress has restored appropriations and EPA resumes its FOIA production. The Department does not know when Congress will restore funding.

DATED: October 29, 2025

                                            Respectfully submitted,

                                            */s/ Ryan Maher*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RYAN MAHER
Center for Biological Diversity
*Pro hac vice* (DC Bar No. 1620024)
1411 K Street, NW, Suite 1300
Washington, DC 20005
Phone: 781-325-6303
Email: rmaher@biologicaldiversity.org

RYAN ADAIR SHANNON
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: 971-717-6407
Email: rshannon@biologicaldiversity.org

*Attorneys for Plaintiff*

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 012700
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Phone: 520-620-7300
Email: denise.faulk@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2025, the foregoing was electronically filed with the Court through the CM/ECF system, and that copies were served on counsel of record by operation of the CM/ECF system.

DATED: October 29, 2025

                                               */s/ Ryan Maher*
                                               Ryan Maher