TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520 620-7399
Email: denise.faulk@usdoj.gov
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>  Plaintiff,<br>  v.<br><br>U.S. Environmental Protection Agency,<br><br>  Defendant. | CV-25-00341-TUC-RM<br><br>**NOTICE OF JOINT PROPOSED SCHEDULING ORDER** |

The Parties, by and through undersigned counsel, hereby submit the attached proposed scheduling order setting forth proposed deadlines for filing dispositive motions.

RESPECTFULLY SUBMITTED: November 17, 2025.

                                                      CENTER FOR BIOLOGICAL DIVERSITY

                                                      *s/ Ryan Maher*
                                                      RYAN SHANNON
                                                      RYAN MAHER
                                                      Attorneys for Plaintiff

                                                      TIMOTHY COURCHAINE
                                                      United States Attorney
                                                      District of Arizona

                                                      *s/ Denise Ann Faulk*
                                                      DENISE ANN FAULK
                                                      Assistant U.S. Attorney
                                                      Attorneys for Defendant