# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Environmental Protection Agency,<br><br>Defendant. | CV-25-00341-TUC-RM<br><br>**ORDER** |

**IT IS ORDERED** that the Parties' deadlines for filing dispositive motions are as follows:

    Defendant's Dispositive Motion Deadline is February 20, 2026.

    Plaintiff's Response/Cross-motion Deadline is March 23, 2026.

    Defendant's Reply/Response Deadline is April 22, 2026.

    Plaintiff's Reply Deadline is May 7, 2026.

**IT IS FURTHER ORDERED** that all other provisions of the Court's August 29, 2025, Order remain in full force and effect.