1

2

3

4

5

6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9  | Center for Biological Diversity, | No. CV-25-00341-TUC-RM

10 |             Plaintiff, | **ORDER**

11 | v.

12 | United States Environmental Protection Agency,

13 |

14 |             Defendant.

15      Pending before the Court is the parties' Joint Proposed Scheduling Order. (Doc. 18.)

16 The Court has reviewed the parties' proposed deadlines and finds them reasonable.

17      Accordingly,

18      **IT IS ORDERED** that the following deadlines govern cross-motions for summary

19 judgment:

20      a.  Defendant's motion for summary judgment is due on or before **February 20,**

21          **2026**.

22      b.  Plaintiff's response/cross-motion for summary judgment is due on or before

23          **March 23, 2026**.

24      c.  Defendant's reply/response to Plaintiffs' cross-motion is due on or before **April**

25          **22, 2026**.

26      d.  Plaintiff's reply is due on or before **May 7, 2026**.

27  . . . .

28  . . . .

1    **IT IS FURTHER ORDERED** that all other provisions of the Court's August 29,

2    2025 Order remain in full force and effect.

3    Dated this 25th day of November, 2025.

4

5

6

7    _____

8    Honorable Rosemary Márquez
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28