# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, | No. CV-25-00341-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| United States Environmental Protection Agency, | |
| Defendant. | |

Pending before the Court is the parties' Stipulated Motion to Extend Dispositive Motion Deadlines ("the Stipulation") (Doc. 21). In the Stipulation, the parties request that each of the deadlines currently set for briefing on cross-motions for summary judgment be extended by approximately two months. (*Id.*) In support of this request, the parties aver that the "lapse in federal appropriations . . . and the need for EPA to make determinations regarding Confidential Business Information (CBI) claims and comply with CBI regulations have caused some delays in the production" of materials relating to the Freedom of Information Act ("FOIA") request forming the basis of this action. (*Id.*) The parties further aver that EPA "is continuing to produce documents pursuant to the FOIA request and anticipates the final production of records . . . could occur as early as March 18, 2026." (*Id.*) Finally, the parties state that after production of records is completed, they will need time "to review the final production and determine whether dispositive motion briefing will be required." (*Id.*)

. . . .

Good cause appearing,

**IT IS ORDERED** that Stipulated Motion to Extend Dispositive Motion Deadlines (Doc. 21) is **approved**. The deadlines set forth in the Court's November 25, 2025 Order (Doc. 19) are modified as follows:

    a.  Defendant's motion for summary judgment is due on or before **April 30, 2026**.

    b.  Plaintiff's response/cross-motion for summary judgment is due on or before **May 31, 2026**.

    c.  Defendant's reply/response to Plaintiffs' cross-motion is due on or before **June 30, 2026**.

    d.  Plaintiff's reply is due on or before **July 15, 2026**.

Dated this 18th day of February, 2026.

 

_____
Honorable Rosemary Márquez
United States District Judge