RYAN MAHER
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
Phone: 781-325-6303
Email: rmaher@biologicaldiversity.org
*Attorney for Plaintiff*

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Phone: 520-620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity, <br><br> Plaintiff, <br><br> v. <br><br> United States Environmental Protection Agency, <br><br> Defendant. | No. CV-25-00341-TUC-RM <br><br> ———————————— <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Center for Biological Diversity ("the Center") and Defendant United States Environmental Protection Agency ("EPA") hereby stipulate to the voluntary dismissal of the above-captioned action in its entirety.

WHEREAS, on March 28, 2025, the Center submitted a request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *as amended*, to

Page 1

EPA seeking all requests for presidential exemptions from the Clean Air Act, 42 U.S.C. § 7412(i)(4), that were submitted to EPA since January 20, 2025.

WHEREAS, the Center filed the complaint initiating the present action on June 25, 2025, and the Center and EPA subsequently agreed to a schedule of production.

WHEREAS, on or about March 18, 2026, EPA completed its production of records responsive to the Center's March 28, 2025 FOIA request, including records subject to the Confidential Business Information regulation, 40 C.F.R. § 2.205(f)(2).

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), through their designated counsel of record, that the above-captioned case is dismissed in its entirety. Plaintiff Center for Biological Diversity and Defendant United States Environmental Protection Agency shall bear their own fees and costs.

DATED: April 21, 2026

Respectfully submitted,

*/s/ Ryan Maher*

RYAN MAHER
Center for Biological Diversity
*Pro hac vice* (DC Bar No. 1620024)
1411 K Street, NW, Suite 1300
Washington, DC 20005
Phone: 781-325-6303
Email: rmaher@biologicaldiversity.org

*Attorney for Plaintiff*

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Page 2

*/s/ Denise Faulk*

DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 012700
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Phone: 520-620-7300
Email: denise.faulk@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, the foregoing was electronically filed with the Court through the CM/ECF system, and that copies were served on counsel of record by operation of the CM/ECF system.

DATED: April 21, 2026

_/s/ Ryan Maher_
Ryan Maher